Brett Van Benthysen
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| RICK ALAN DAVIDSON, | : | Case No. 19-11486-SMB |
| | : | |
| Debtor. | : | |

---------------------------------------------------------x

| | | |
|---|---|---|
| RICK ALAN DAVIDSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 19-01325-SMB |
| | : | |
| JEFFRIES GROUP LLC and JEFFRIES, LLC, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------x

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Brett Van Benthysen, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of Rick Alan Davidson, in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated:  January 4, 2020                                Respectfully submitted,

**REITLER KAILAS & ROSENBLATT LLC**

By: *s/ Brett Van Benthysen*
Brett Van Benthysen
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050
bvanbenthysen@reitlerlaw.com
*Attorneys for Rick Alan Davidson*